AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ANA LUISA ESPANA ESTRADA

*Plaintiff(s)*

v.

BARROSO, INC., ROLANDO JUAREZ and KAREN BARROSO

*Defendant(s)*

Civil Action No. 1:19cv00144

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KAREN BARROSO
31212 Hallran Rd.
Falls Church, VA 22042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew T. Sutter, Esq.
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/7/2019

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:19CV00144

Plaintiff:
**ANA LUISA ESPANA ESTRADA**

vs.

Defendant:
**BARROSO, INC., ROLANDO JUAREZ and KAREN BARROSO**

For:
SUTTER & TERPAK PLLC
7540A LITTLE RIVER TURNPIKE
ANNANDALE, VA 22314

Received by Process Server VA LLC to be served on **KAREN BARROSO, 31212 HALLRAN ROAD, FALLS CHURCH, VA 22042**.

I, Courtney C. Adams, do hereby affirm that on the **8th day of February, 2019** at **1:01 pm**, I:

**POSTED** by attaching a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR FAILURE TO PAY OVERTIME WAGES and NOTICE** to the front door or other such door as appears to be the main entrance of usual place of abode of the within named person's **RESIDENCE** at the address of: **31212 HALLRAN ROAD, FALLS CHURCH, VA 22042**.

Additional Information pertaining to this Service:
POSTED TO FRONT DOOR OF RESIDENCE. A FEMALE WHO WOULD NOT OPEN THE FRONT DOOR PEERED THROUGH THE WINDOWS ON THE TOP OF THE FRONT DOOR AND STATED THAT BARROSO WAS NOT AVAILABLE AND THAT SHE COULD NOT OPEN THE DOOR.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____  2/8/19
Courtney C. Adams
Process Server

Process Server VA LLC
10623 Jones Street Suite 301 A
Fairfax, VA 22030
(703) 896-6581

Our Job Serial Number: PVA-2019000090

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i