# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:19CV00144

Plaintiff:
ANA LUISA ESPANA ESTRADA

vs.

Defendant:
BARROSO, INC., ROLANDO JUAREZ and KAREN BARROSO

For:
SUTTER & TERPAK PLLC
7540A LITTLE RIVER TURNPIKE
ANNANDALE, VA 22314

Received by Process Server VA LLC to be served on **ROLANDO JUAREZ GUAJILLO, 1727 WILSON BLVD, ARLINGTON, VA 22209**.

I, Courtney C. Adams, do hereby affirm that on the **12th day of February, 2019 at 10:55 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR FAILURE TO PAY OVERTIME WAGES and NOTICE** to: **ROLANDO JUAREZ GUAJILLO** at the address of: **1727 WILSON BLVD, ARLINGTON, VA 22209**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

_____
Courtney C. Adams
Process Server

Process Server VA LLC
10623 Jones Street Suite 301 A
Fairfax, VA 22030
(703) 896-6581

Our Job Serial Number: PVA-2019000088

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Virginia

RECEIVED MAILROOM
FEB 15 2019
CLERK, U.S. DIST[RICT COURT]
ALEXANDRIA, V[A]

Case Number: 1:19CV00144

Plaintiff:
**ANA LUISA ESPANA ESTRADA**

vs.

Defendant:
**BARROSO, INC., ROLANDO JUAREZ and KAREN BARROSO**

For:
SUTTER & TERPAK PLLC
7540A LITTLE RIVER TURNPIKE
ANNANDALE, VA 22314

Received by Process Server VA LLC to be served on **BARROSO INC, GUAJILLO 1727 WILSON BLVD, ARLINGTON, VA 22209.**

I, Courtney C. Adams, do hereby affirm that on the **12th day of February, 2019** at **10:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR FAILURE TO PAY OVERTIME WAGES and NOTICE** with the date and hour of service endorsed thereon by me, to: **ROLANDO JUAREZ GUAJILLO** as **OWNER** for **BARROSO INC**, at the address of: **1727 WILSON BLVD, ARLINGTON, VA 22209**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

**Courtney C. Adams**
Process Server

**Process Server VA LLC**
10623 Jones Street Suite 301 A
Fairfax, VA 22030
(703) 896-6581

Our Job Serial Number: PVA-2019000089

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0i