Time to file an objection

FILED
2019 MAY 17 A 11: 46
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re: Motion to extend time

To whom this may concern

I would like to ask the Judge for an extension in time in this case. I myself Karen Barroso was never served and have not had the time to hire right counsel and look into this case to prepare myself.

Sincerely,
Karen Barroso
202 413-1296